IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SUSAN SIDEMAN and MARK SIDEMAN, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 5:17-CV-00023-OLG |
| FARMERS GROUP, INC., a Nevada Corporation, | § § § | |
| Defendant. | § § | |

## ORDER ON MOTION FOR JUDGMENT ON THE PLEADINGS

Came on to be heard Defendant Farmers Group, Inc.'s Motion for Judgment on the Pleadings pursuant to Rule 12(c), and the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs Susan Sideman and Mark Sideman's Complaint is DISMISSED WITH PREJUDICE, and that a judgment that they take nothing on their claims shall issue forthwith.

SIGNED this _____ day of _____, 2017.

_____
HONORABLE ORLANDO GARCIA
United States District Judge,
Western District of Texas