# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SUSAN SIDEMAN and MARK SIDEMAN, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 5:17-CV-00023-OLG |
| FARMERS GROUP, INC., a Nevada Corporation, | § § § | |
| Defendant. | § § | |

## DECLARATION OF JAYARETHINAM ANTONY

1.      My name is Jayarethinam Antony.  I am over the age of 18 and have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.      I have been employed by Farmers Group, Inc. ("FGI") since 1998 in various Information Technologies ("IT") roles.  I started as a Senior Systems Analyst, then became a Program Manager, then a Senior Manager for Solution Design and Strategic Initiatives, and am currently a Senior Manager for Compliance Projects.  During this time, I have become familiar with the various hardware and software systems used to process insurance policies for policyholders like the Sidemans.

3.      Based on the Sidemans' complaint that they did not receive a copy of the Next Generation Homeowners policy form when they were offered a Next Generation policy in 2013, I investigated whether this was true and, if so, why it happened.  The result of my investigation is attached hereto as Exhibit "B-1."  As explained therein, there was a glitch in the policy processing system.  Because the Sidemans' agent made changes to the policy before the IT

processing system completed the non-renewal transaction, the system processed the transaction as a "change" transaction instead of a new policy offer, resulting in the Next Generation policy form not being included in the new offer packet mailed to the Sidemans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 10, 2017.

_____
JAYARETHINAM ANTONY

# EXHIBIT B-1 TO
# JAYARETHINAM ANTONY'S DECLARATION

A. The Sidemans' rewrite transaction was automatically processed by the policy processing application on 6/3/2013 at 2:20am to be effective 7/27/13.  A blank space in the "changed by" column means the system processed the item.



B. Based on the policy number, the transaction was to non-renew the Texas Family Policy and offer the Next Generation policy.  The details of the policy at rewrite were:











C. On 6/3/13 at 8:53am (the same day) the Sidemans' Farmers Agent processed changes to their policy. The reference to "A194739" in the "changed by" column refers to the agent number for the Sidemans' Farmers Agent.



D.  The Agent made the following changes, to be effective 7/27/13.



E.  The IT output processing system merged the above two transactions and processed them together.  Because the Agent's transaction was second,  the output was processed by the system as a 'Change' transaction instead of a 'Rewrite' transaction, and the policy contract was not included in the package.  Policy contracts are only sent when a new policy is issued, as opposed to making a change on an existing policy (such as a change in limits, deductibles, etc.).

F.  Below is the screenshot of all documents produced by the output processing and billing systems for this policy.



G. At any time, agents can use the option 'Mailed by Company' and select 'Complete policy' to have a customer's complete policy including all endorsements sent to them.





# Jayarethinam Antony
**28807 Panorama Ct, Valencia, CA 91354 | (m) 949-975-9491| <u>rethinamusa@gmail.com</u>**

## Summary

A results-oriented IT professional with over 15 years of wide-ranging leadership experience in solution delivery management and project management with onshore, outsourced and offshore models. Scope includes design, development and testing functions for personal lines insurance applications.

- Excellent leadership and communication skills
- Vast working experience with multi-faced IT and business teams
- Demonstrated successful delivery of large and complex projects (over $3M)
- Managed concurrent projects ranging from 6 months to 2 years and beyond
- Extensive experience in capacity, resource planning and budget management
- Directs prioritization and delivery of multiple programs and resources
- Managed large and complex technical teams delivering business projects
- Established operational model for running monthly releases
- Developed capacity model to deliver 200K hours annually
- Managed business requirements definition with business teams
- People management skills to lead and influence professional resources
- Customer focused with a sense of urgency; deliver for speed to market
- Management of all aspects of setting up offshore teams to support projects
- Expert knowledge in applications development methodologies/SDLC, incl Agile
- **Functional areas of deep expertise include P&C personal lines insurance**, accounting, commissions and rewards systems, centralized data repositories and BI data, forms creation and generation, reporting systems, compliance and testing

## Experience

### Farmers Insurance Group                                                           1998 – Present

*Farmers insurance group of companies is the third largest personal lines insurer in US. Founded in 1928, Farmers Insurance Group is part of Zurich Financial Services Group and is one of the largest and most respected insurance brands in the United States. Farmers group of companies include Foremost Insurance Group, Bristol West Insurance group and 21st Century Insurance.*

**Senior Manager (IT) for Compliance Projects /FSPA                    2014 - Present**
Currently managing compliance projects for all Personal Lines products (Auto, Home and Umbrella), collaborating with IT SME/Development, Product Management, Compliance, Legal and Underwriting teams to process corrective actions for the book of business impacted.

Additionally managing the delivery of state rollout of Farmers Smart Plan Auto (FSPA) product with one more State pending for implementation.

**Senior Manager – Solution Design, Strategic Initiatives                  2010 - 2014**
Currently managing strategic and critical initiatives to increase sales and delivery, and improve customer experience, customer and agent retention.  Collaboration with multiple departments across various Farmers companies to coordinate and deliver results.

Efforts include expanding product-channel sales capabilities across all Farmers products, and creation/use of a single customer repository (MDM). Also responsible for managing analysis and design activities as well as supporting related development, testing and implementation tasks, to deliver projects and enhancements for auto, home and umbrella products. Projects focused on areas of customer communication management and statistical/ financial reporting of premium and commissions. Managed teams of business and technical analysts, to deliver high quality results on-time and under-budget.

- Redesigned critical forms for auto policies and improved policy document generation process
- Implemented quick hits to enhance commissions, to accelerate agent retention improvement
- Rapidly delivered ePolicy (paperless) sign up and management as a go-green initiative
- Evaluated package solutions and developed business cases - Guidewire, Fusion360, Exceed J for modernizing personal lines insurance policy administration, and rating packages from Guidewire rating and CGI Ratabase
- Managed significant application changes to incorporate new BI data/reporting and policy output packet
- Implemented projects in the areas of premium determination, fees, credit models, customer communications and agent/district manager commissions
- Expanded Farmers personal lines products to new east coast states, including state-specific regulations and features
- Developed and implemented a standardized release calendar covering all SDLC deliverables and encompassing bi-monthly major releases and interim minor releases
- Created innovative fast-track delivery of mini-releases, to increase speed to market
- Lead the department budget cycle and facilities planning
- Managed, lead, trained and coached direct reports employees and consultants, with a focus on performance management and individual development

**Program Manager – Testing**                                               **2007 – 2010**
Successfully delivered large projects with excellent quality using effective testing model and tools and improved processes:
- Implemented functional and regression testing events using vendor resources in a combined onshore-offshore model
- Significantly improved processes and work products resulting in 50%+ reduction in re-work.
- Implemented industry best practices with documented Quality Management Plan
- Implemented process improvements for requirements traceability, defect management and warranty management
- Streamlined off-cycle production migrations with repeatable processes

**Sr. Systems Analyst, Systems Analyst**                                1998 – 2007

Technical Lead for the areas of premium determination, fee & commission calculations, profitability calculations, and agent assignments.  Included analysis, development and testing functions of personal lines auto policy processing systems.

Implemented new functions and features for personal auto products such as:
- Flat policy / membership fee and associated commissions for Auto policies
- New Farmers proprietary credit scoring model
- Automatic agent assignment for policies
- Charging and accounting state mandated surcharges

## Singareni Collieries Company Ltd, India                        1990 - 1997
**Systems Analyst / Programmer Analyst**

Technical lead for the design and development of in-house accounting software, payroll processing and HR employment section process.

# Education

M.CA. (Master of Computer Applications) from Bharathidasan University, India

# Designations and Certifications

Certified Scrum Master (CSM)
Project Management Professional (PMP)
Zlean Yellow Belt (Kaizen)
Emerging Leadership Program nominee (2-year program in Farmers)


Employment authorization – US Citizen