# EXHIBIT E

MICHAEL J WOODS
8620N NEW BRNFLS 522
SAN ANTONIO, TX 78217



# Home Insurance Renewal Offer

SUSAN & MARK SIDEMAN
1776 NACOGDOCHES RD
SAN ANTONIO TX 78209-2737

6/3/2016

Dear Susan Sideman and Mark Sideman,

Thank you for choosing Farmers for your homeowners insurance needs. We appreciate the opportunity to provide continued coverage for you and your family.

Please review the renewal documents that have been enclosed:

- Declaration page – a summary of your insurance coverages, limits, and deductibles
- Detailed reconstruction cost estimate of your home

A summary of your premium and policy change information is shown below.

## Premium at-a-glance



▶ **Policy Premium**                                  **$2,826.90**

## Summary of changes

| | *Previous* | *Renewal* |
|---|---|---|
| Coverage: Dwelling | $458,000 | $462,000 |
| Coverage: Loss of Use | $183,200 | $184,800 |
| Coverage: Personal Property | $343,500 | $346,500 |
| Coverage: Separate Structures | $45,800 | $46,200 |

**This is not a bill.** Your bill with the amount due will be mailed separately.

If you prefer, you can log into farmers.com today to review your balance and make a payment. You can also contact us at 1-877-327-6392 or visit your agent's office with your payment.

Sincerely,

Farmers Insurance Group®

### Your Farmers Policy

**Policy Number: 96912-19-03**
Effective: 7/27/2016 12:01 AM
Expiration: 7/27/2017 12:01 AM

### Property Insured

1776 Nacogdoches Rd
San Antonio, TX 78209-2737

### Your Farmers Agent

**Michael J Woods**
8620N New Brnfls 522
San Antonio, TX 78217
(210) 822-1560
mwoods@farmersagent.com

*To file a claim call*
**1-800-435-7764**

### Did you know?

 **Farmers Friendly Review**

Farmers Friendly Reviews are a great opportunity to make sure you are receiving all the discounts for which you qualify, and identify any potential gaps in coverage. Contact your agent to set up your personalized review today!

 **Farmers® Rewards Visa® Card**

Apply today for the Farmers Rewards Visa card, offered by Comenity Bank! This program gives you flexible rewards for your everyday activities. Learn more at farmers.com/frv.
*Terms and Conditions Apply*

 **Go Paperless**

**Save stamps, time and trees....Go Paperless!** You can choose to receive your Farmers policy documents and/or billing statement electronically. Enroll at farmers.com and choose the paperless options!

# Next Generation Homeowners Declaration Page



**FARMERS**
**INSURANCE**

| | |
|---|---|
| **Policy Number:** | **96912-19-03** |
| *Effective:* | 7/27/2016 12:01 AM |
| *Expiration:* | 7/27/2017 12:01 AM |
| *Named Insured(s):* | Susan Sideman and Mark Sideman |
| | 1776 Nacogdoches Rd |
| | San Antonio, TX 78209-2737 |
| *Property Insured:* | 1776 Nacogdoches Rd |
| | San Antonio, TX 78209-2737 |
| *Underwritten By:* | Texas Farmers Insurance Company |
| | 15700 Long Vista Dr |
| | Austin, TX 78728 |

## Premiums

▶ **Policy Premium**     **$2,826.90**

*also see Information on Additional Fees below

**This is not a bill.**
Your bill with the amount due will be mailed separately.

## Description of Property

| Year of Construction | Construction Type | Roof Type | Number of Units | Occupancy |
|---|---|---|---|---|
| 1979 | Wood Siding Over Frame | Sheet Metal Panel | 1 | Owner Occupied (Primary Res.) |

## Property Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Coverage A - Dwelling | $462,000 | Coverage D - Loss of Use | $184,800 |
|   Extended Replacement Cost | $115,500 | | |
| Coverage B - Separate Structures | $46,200 | Identity Fraud Coverage | $30,000 |
| Coverage C - Personal Property | $346,500 | Building Ordinance or Law | 10% |
|   Contents Replacement Cost | Covered | | |

## Liability Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Coverage E - Personal Liability | $500,000 | Coverage F - Medical Payments To Others | $5,000 |
|   Personal Injury | Covered | | |
| Association Loss Assessment | Not Covered | | |

## Additional Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Residence Glass - Waiver of deductible | Covered | Additional Amount on Jewelry; Watches; Etc. | $2,500 |

**farmers.com**     **Policy No.  96912-19-03**

**Questions?**
Call your agent Michael J Woods at
(210) 822 1560 or email
mwoods@farmersagent.com

**Manage your account:**
Go to www.farmers.com to access
your account any time!

56 6177   1st Edition  4 15       6/3/2016

FG900230

## Declaration Page (continued)

### Deductible

| | Deductible |
|---|---|
| Applicable to each covered loss except Windstorm or Hailstorm/Tropical Cyclone | $1,000 |
| Windstorm or Hailstorm (0.5% of Cov. A Limit) | $2,310 |
| Tropical Cyclone (0.5% of Cov. A Limit) | $2,310 |

Percent Deductibles adjust with changes to Cov. A Limit

### Discounts Applied to Policy

| Discount Type | Discount Type |
|---|---|
| Auto/Home | Group - Lawyer/Judge |
| Non Smoker | Claim Free |

### Mortgagee / Other Interest

| 1st Mortgagee | Loan Number |
|---|---|
| San Antonio Federal Credit Un | 80025447 |

ISAOA
PO Box 758
San Antonio, TX 78293-0758

### Mortgagee Deductible Clause

For any loss in which only the mortgagee's interest is adjusted and settled, not including any interest you may have in the property or loss, the applicable deductible under Section I - Property Deductible, Clause 2, Tropical Cyclone, will be the Smallest of the following amounts:

1.   The  deductible in the Declarations or renewal notice, or
2.   5% of the Coverage A Dwelling stated limit.

The Section I - Property Deductibles as stated in the Declarations or renewal notice will apply to settlement of any interest you may have in covered-property or loss.

### Policy and Endorsements

This section lists the policy form number and any applicable endorsements that make up your insurance contract. Any endorsements that you have purchased to extend coverage on your policy are also listed in the coverages section of this declarations document: 56-5584 1st ed.; J6254 2nd  ed.; J6260 2nd  ed.; J6898 1st  ed.; TX184 1st  ed.; TX186A 1st  ed.; TX191A 1st  ed.

### Other Information

- Please contact your Farmers® agent for a free Farmers® Friendly Review so that you can ensure that your family is properly protected. Your agent can explain all of the policy discounts/credits, coverage options and our various other product offerings that may be available to you.

**farmers.com**    **Policy No.  96912-19-03**    **Questions?**
Call your agent Michael J Woods at
(210) 822  1560 or email
mwoods@farmersagent.com

**Manage  your account:**
Go to www.farmers.com  to  access
your account any time!

56 6177    1st Edition    4  15

FGI000231

## Declaration Page (continued)

- If you qualify under our underwriting guidelines, you may be eligible to purchase additional coverages, such as Guaranteed Replacement Cost coverage, in our new Farmers Smart Plan Home ® product. One or more of these coverages may require an additional premium. You may contact your Farmers ® agent for additional details.

### *Information on Additional Fees*

The "Fees" stated in the "Premium/Fees" section on the front apply on a per-policy, not an account basis. The following additional fees also apply:

1. **Service Charge per installment** (In consideration of our agreement to allow you to pay in installments):
   - For Recurring Electronic Funds Transfer (EFT) and fully enrolled on-line billing (paperless): **$0.00** (applied per account)
   - For other Recurring EFT plans:**$2.00** (applied per account)
   - For all payment plans other than those listed above, a service charge will be applied per installment based on the total annualized premium.*
     - *$1,250.01 or more: **$5.00** (applied per account)
     - *$1,250.00 or less: **$3.00** (applied per account)

*"Total annualized premium" is the total amount of premium for 12 months, for all active policies in all lines of business on the account being billed in that installment.

If this account is for more than one policy, changes in these fees are not effective until the revised fee information is provided for each policy.

2. **Late Fee: $10.00** (applied per account)
3. **Returned Payment Charge: $25.00** (applied per each check, electronic transaction or other remittance which is not honored by your financial institution for any reason including but not limited to insufficient funds or a closed account)
4. **Reinstatement Fee: $25.00** (applied per policy)

One or more of the fees or charges described above may be deemed a part of premium under applicable state law.

*Countersignature*

Authorized Representative

**farmers.com**    **Policy No.  96912-19-03**

**Questions?**
Call your agent Michael J Woods at
(210) 822  1560 or email
mwoods@farmersagent.com

**Manage  your account:**
Go to www.farmers.com  to  access
your account any time!

56 6177    1st Edition    4  15

FCI000232

# Policy Notices



---

## Important Notice

To obtain information or make a complaint:

You may contact your agent at the telephone number indicated on the declaration page attached to this policy.

You may call Farmers Insurance's toll-free telephone number for information or to make a complaint at:

**1-800-225-0011**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007
Web: http://www.tdi.texas.gov
E-mail: ConsumerProtection @tdi.texas.gov

**Insurance Website Notice:**

To obtain price and policy form comparisons and other information relating to residential property insurance and personal automobile insurance, you may visit the Texas Department of Insurance/Office of Public Insurance Counsel website:

**www.helpinsure.com**

**Premium or Claim Disputes:**

Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**Attach This Notice to Your Policy:**

This notice is for information only and does not become a part or condition of the attached document.

25-1760      6-15

## Aviso Importante

Para obtener informacion o para someter una queja:

Puede comunicarse con su agente al numero de telefono indicado en la declaracion de su contracto de seguro.

Usted puede llamar al numero de telefono gratis de Farmers Insurance's para informacion o para someter una queja al:

**1-800-225-0011**

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007
Web:http://www. tdi.texas.gov
E-mail: ConsumerProtection @tdi.texas.gov

**Anuncio Del Sitio Web De Seguros:**

Para obtener formas de comparación de precios y póliza y otra información acerca del seguro de propiedad residencial y del seguro de automóvil, visite el sitio web del Departamento de Seguros de Texas y la Oficina del Asesor Público de Seguros:

**www.helpinsure.com**

**Disputas Sobre Primas o Reclamos:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**Una Este Aviso A Su Poliza:**

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

---

FCI000233

## Policy Notices (continued)

### Consumer Bill of Rights Homeowners, Dwelling and Renters Insurance

AVISO: Este documento es un resumen de sus derechos como asegurado. Usted tiene el derecho a llamar a su compañía y pedir una copia de estos derechos en español.

#### What is the Bill of Rights?

This Bill of Rights is a summary of your rights and does not become a part of your policy. The Texas Department of Insurance (TDI) adopted the Bill of Rights and requires insurance companies to provide you a copy when they issue your policy.

Texas law gives you certain rights regarding your homeowners, dwelling and renters insurance. This Bill of Rights identifies your rights specified by rule or by state statute, but it does not include all of your rights. Also, some exceptions to the rights are not listed here. Legislative or regulatory changes to statutes or rules may affect your rights as an insured. If your agent, company, or adjuster tells you that one of these rights does not apply to you, contact TDI's Consumer Protection Program at 1-800-252-3439, by mail at Mail Code 111-1A, P.O. Box 149104, Austin, TX 78714-9104, or by email at ConsumerProtection@tdi.texas.gov . For a list of the specific law(s) and/or rule(s) summarized in each item of this Bill of Rights, or if you have questions or comments contact the Office of Public Insurance Counsel (OPIC) toll free at 1-877-611-6742, by mail at 333 Guadalupe, Suite 3-120, Austin, TX 78701, or visit the OPIC website at www.opic.texas.gov .

This Bill of Rights does not address your responsibilities. Your responsibilities concerning your insurance can be found in your policy. Failure to meet your obligations may affect your rights.

#### Getting information from the Department of Insurance and your insurance company

1.  **Information From TDI.**  You have the right to call TDI free of charge at 1-800-252-3439 to learn more about:
    - your rights as an insurance consumer;
    - the license status of an insurance company or agent;
    - the financial condition of an insurance company;
    - the complaint ratio and type of consumer complaints filed against an insurance company;
    - use of credit information by insurance companies, including which insurance companies use it and access to each company's credit scoring model;
    - an insurance company's rates filed with the state;
    - an insurance company's underwriting guidelines (subject to exemptions in the Public Information Act, also known as the Open Records Act);
    - the Texas FAIR Plan, designed to help consumers who have been denied coverage by at least two insurance companies; and
    - other consumer concerns.

You can also find some of this information on the TDI website at www.tdi.texas.gov.

At www.helpinsure.com , Texans can find more detailed information on their current and prospective insurers. TDI, in conjunction with OPIC, maintains this website to help Texans shop for residential property insurance and personal automobile insurance. For companies writing in Texas that are in the top 25 company groups nationally, the site also includes:
    - a list of insurers by county and/or ZIP code;
    - detailed contact information for each insurer;
    - sample rates and a brief history of increases and/or decreases in the rates;
    - policy form comparisons;
    - a list of policy forms, exclusions, endorsements, and discounts offered by each insurer; and

FO1000234

## Policy Notices (continued)

- non-confidential disciplinary actions against each insurer.

2. **Information From Your Insurance Company.**  You have the right to a toll-free number to call your insurance company free of charge with questions or complaints. You can find this number on a notice accompanying your policy. This requirement does not apply to small insurance companies.

### What you should know before you buy insurance

3. **Prohibited Statements.**  Your insurance company or agent is prohibited from making false, misleading, or deceptive statements to you relating to insurance.

4. **Lender-Required Insurance.** A lender cannot require you to purchase insurance on your property in an amount that exceeds the replacement cost of the dwelling and its contents as a condition of financing a residential mortgage or providing other financing arrangements for the property, regardless of the amount of the mortgage or other financing arrangements. In determining the replacement cost of the dwelling, a lender cannot include the fair market value of the land on which a dwelling is located.

5. **Credit Information.**  An insurance company cannot deny you insurance solely on the basis of credit information. Insurers who use credit information must also consider other underwriting factors independent of credit information when deciding whether to offer coverage. (For additional information see the section of this Bill of Rights titled  **What you should know about insurance companies' use of credit information.** )

6. **Appliance-Related Water Damage Claims.**  An insurance company cannot deny you insurance or increase your premium based on a prior appliance-related water damage claim if:
   - the damage has been properly repaired or remediated; and
   - the repair or remediation was inspected and certified.
   Note: A company can use an appliance-related water damage claim if you file three or more such claims in a 3-year period and the company has paid the claims. A claim includes a claim filed by you or a claim filed on your property.

7. **Water Claims/Mold Damage or Claims.**  An insurance company cannot deny you insurance based solely on a single prior water damage claim. An insurance company also cannot deny you insurance because of prior mold damage or a prior mold claim if:
   - the damage or claim was properly repaired or remediated; and
   - the repair or remediation was inspected and certified.
   Note: A claim includes a claim filed by you or a claim filed on your property.

8. **Property Condition.** Voluntary Inspection Program: You have the right to have an independent inspection of your property by any person authorized by the Commissioner of Insurance to perform inspections. Once the inspector determines that your property meets certain minimum requirements and issues you an inspection certificate, no insurer may deny coverage based on property conditions without reinspecting your property. If an insurer then denies coverage, the insurer must identify, in writing, the specific problem(s) that makes your property uninsurable. You can find a list of available inspectors on the TDI website at www.tdi.texas.gov/company/vipagnt.html or you can contact TDI for the list directly at 1-800-252-3439.

9. **Safety Net.** You may have the right to buy basic homeowners insurance through the Texas Fair Access to Insurance Requirements Plan, also known as the Texas FAIR Plan, if you have been denied coverage by two insurance companies. Your property must meet certain requirements, and eligibility for FAIR Plan coverage must be re-established every two years. You can access a list of insurance agents who are authorized to sell this coverage on the Texas FAIR Plan Association website at www.texasfairplan.org or by calling 1-800-979-6440 (512-505-2200 in Austin).

## Policy Notices (continued)

10. **Windstorm Coverage.** For property located in areas designated by the Commissioner in certain counties on or near the coast, you may have the right to buy windstorm and hail coverage from the Texas Windstorm Insurance Association (TWIA), if you have been denied windstorm coverage by one insurance company in the standard market currently providing windstorm coverage. Your property must meet certain requirements, and eligibility for TWIA coverage must be re-established every three years. You may have to re-establish eligibility sooner than every three years if you have made any repairs or alterations to your home. Windstorm coverage through TWIA is limited to a maximum amount set each year by the Commissioner of Insurance. This right applies whether or not you buy other insurance for your house. In all other counties your homeowners or dwelling policy includes windstorm and hail coverage unless you request that this coverage be removed from your policy.

    NOTE: If you live in a certain flood zone (Zone V, Zone VE and Zone V1-130) and your dwelling was constructed, altered, remodeled, or enlarged after September 1, 2009, you must purchase flood insurance through the National Flood Insurance Program (NFIP) in order to be eligible to purchase windstorm coverage through TWIA. However, if NFIP does not provide flood insurance in your area, you are not required to purchase it.

11. **Electronics Payments.** If you authorize your insurer to withdraw your premium payments directly from your financial institution, including your escrow account, your insurer cannot increase the amount withdrawn unless:

    • the insurer notifies you by U.S. mail of the increase in premium at least 30 days prior to its effective date; and

    • you do not notify the insurer that you object to the increase in the amount to be withdrawn at least five days prior to the increase. The notice provided by the insurer must include a toll-free number, a mailing address and an email address (if applicable), through which you can contact the insurer to object to the increase.

    Note: This does not apply to premium increases specifically scheduled in the original policy, to increases based on policy changes you request, or to an increase that is less than $10 or 10 percent of the previous month's payment.

12. **Notice of Reduced Coverage.** If an insurer uses an endorsement to reduce the amount of coverage provided by your policy, the insurer must give you a written explanation of the change made by the endorsement. The insurer must provide the explanation not later than the 30th day before the effective date of the new or renewal policy. An insurance company cannot reduce coverage during the policy period unless you request the change. If you request the change, the company is not required to provide notice.

13. **Notice of Premium Increase.** If your insurer intends to increase your premium by 10 percent or more upon renewal, the insurer must send you notice of the rate increase at least 30 days before your renewal date.

14. **Explanation of Denial.** Upon request, you have the right to be told in writing why you have been denied coverage. The written statement must fully explain the decision, including the precise incidents, circumstances, or risk factors that disqualified you. It must also state the sources of information used.

    Note: The obligation to provide a written explanation applies to insurance companies directly. An independent agent does not have a specific duty to quote the lowest possible rate to a consumer or to provide a written statement explaining why the agent did not offer the consumer the lowest possible rate.

15. **Customer Inquiry.** An insurance company cannot use a customer inquiry as a basis for denying you coverage or determining your premium.

    NOTE: A customer inquiry includes:

    • general questions about your policy;
    • questions concerning the company's claims filing process; and
    • questions about whether the policy will cover a loss unless the question concerns specific damage that has occurred and that results in an investigation or claim.

16. **Rate Differential Within A County.** If an insurer subdivides a county for the purposes of charging different rates for each subdivision, the difference between the lowest and the highest rate cannot exceed 15 percent unless actuarially justified.

## Policy Notices (continued)

17. **Right to Privacy.** You have the right to prevent an insurance company, agent, adjuster, or financial institution from disclosing your personal financial information to companies that are not affiliated with the insurance company or financial institution. Some examples are income, social security number, credit history, and premium payment history.

If you apply for a policy, the insurance company or financial institution must notify you if it intends to share financial information about you and give you at least 30 days to refuse. This refusal is called "opting out." If you buy a policy, the insurance company or financial institution must tell you what information it collects about you and whether it intends to share any of the information, and give you at least 30 days to opt out. Agents and adjusters who intend to share your information with anyone other than the insurance company or financial institution must give you similar notices.

You can opt out at any time. Your decision to opt out remains in effect unless you revoke it.

These protections do not apply to information:

- publicly available elsewhere;
- insurance companies or financial institutions are required by law to disclose; or
- insurance companies or financial institutions must share in order to conduct ordinary business activities.

### What you should know about cancellation and nonrenewal

**Cancellation** means that **before the end** of the policy period the insurance company:

- terminates the policy;
- reduces or restricts coverage under the policy; or
- refuses to provide additional coverage to which you are entitled under the policy.

**Refusal to renew** and **nonrenewal** mean the policy terminates **at the end** of the policy period.

The **policy period** is shown on the declarations page at the front of your policy.

18. **Limitation on Cancellation for Homeowners and Renters Policies.**   After your initial homeowners or renters policy with your company has been in effect for 60 days or more, that insurance company cannot cancel your policy unless:

- you don't pay your premium when due;
- you file a fraudulent claim;
- there is an increase in the hazard covered by the policy that is within your control and results in an increase in the premium rate of your policy; or
- TDI determines continuation of the policy would result in violation of insurance laws.

If your policy has been in effect for less than 60 days, your insurance company cannot cancel your policy unless:

- one of the reasons listed above applies;
- the insurance company identifies a condition that:
  - creates an increase in hazard;
  - was not disclosed on your application; and
  - is not the subject of a prior claim; or
- the insurance company rejects a required inspection report within 10 days after receiving the report. The report must be completed by a licensed or authorized inspector and cannot be more than 90 days old.

19. **Limitation on Cancellation for Dwelling Policies.**   After your initial dwelling policy with your company has been in effect for 90 days, that insurance company cannot cancel your policy unless:

- you don't pay your premium when due;
- you file a fraudulent claim;
- there is an increase in the hazard covered by the policy that is within your control and results in an increase in the premium rate of your policy; or

# Policy Notices (continued)

---

- TDI determines continuation of the policy would result in violation of insurance laws.

20. **Notice of Cancellation.**  To cancel your policy, your insurance company must mail notice at least 10 days prior to the effective date of the cancellation. Your policy may provide for even greater notice.

21. **Policyholder's Right to Cancel.**  You have the right to cancel your policy at any time and receive a refund of the remaining premium.

22. **Change In Marital Status.**  If your marital status changes, you have the right to continue your insurance coverage. You have a right to a new policy in your name with coverages that most nearly approximate the coverages of your prior policy, including the same expiration date. The insurance company cannot date the new policy so that a gap in coverage occurs.

23. **Use of Claims History to Nonrenew or Determine Renewal Premium.**   Your insurance company cannot use claims you filed as a basis to nonrenew your policy unless:

- you file three or more claims in any 3-year period; and
- your insurer notified you in writing after the second claim that filing a third claim could result in nonrenewal of your policy.

Your insurance company cannot use the following types of claims to determine the number of claims you have filed or to determine your premium if your policy is renewed:

- claims for damage from natural causes, including weather-related damage;
- appliance-related water damage claims where the repairs have been inspected and certified; or
- claims filed but not paid or payable under the policy.

Note: An insurance company can count appliance-related claims if three or more such claims are filed and paid within a 3-year period.

24. **Use of Credit Information to Nonrenew.**   An insurance company cannot refuse to renew your policy solely on the basis of credit information. Insurers who use credit information must also consider other underwriting factors independent of credit information when deciding whether to renew coverage. (For additional information see the section of this Bill of Rights titled   **What you should know about insurance companies' use of credit information.**  )

25. **Notice of Change in Policy Form.**  Your insurer must notify you in writing of any difference between your current policy and each policy offered to you when the policy renews. In certain instances your insurance company must also provide a comparison between the policy offered and policies adopted by the Commissioner of Insurance.

26. **Notice of Nonrenewal.**  If the insurance company does not mail you notice of nonrenewal at least 30 days before your policy expires, you have the right to require the insurance company to renew your policy.

27. **Explanation of Cancellation or Nonrenewal.**   Upon request, you have the right to a written explanation of an insurance company's decision to cancel or nonrenew your policy. The written statement must fully explain the decision, including the precise incidents, circumstances, or risk factors that disqualified you. It must also state the sources of information used.

## What you should know when you file a claim

28. **Fair Treatment.**  You have the right to be treated fairly and honestly when you make a claim. If you believe an insurance company has treated you unfairly, call TDI at 1-800-252-3439  or download a complaint form from the TDI website at www.tdi.texas.gov. You can complete a complaint form on-line via the internet or fax a completed form to TDI at (512) 490-1007.

29. **Settlement Offer.**  You have the right to reject any settlement amount, including any unfair valuation, offered by the insurance company. If you reject a settlement offer, your options include continuing to negotiate with the insurer or pursuing legal remedies, such as mediation, arbitration, or filing a lawsuit. You have the right to have your home repaired by the repair person of your choice.

30. **Explanation of Claim Denial.**   Your insurance company must tell you in writing why your claim or part of your claim was denied.

31. **Timeframes for Claim Processing and Payment.**  When you file a claim on your own policy, you have the right to have your claim processed and paid promptly. If the insurance company fails to meet required claims processing and payment deadlines, you have the right to collect 18 percent annual interest and attorney's fees in addition to your claim amount.

---

## Policy Notices (continued)

Generally, within **15 calendar days,** your insurance company must acknowledge receipt of your claim and request any additional information reasonably related to your claim. Within **15 business days** (30 days if the company reasonably suspects arson) after receipt of all requested information, the company must approve or deny your claim in writing. The law allows the insurance company to extend this deadline up to **45 days** if it notifies you that more time is needed and tells you why.

After notifying you that your claim is approved, your insurance company must pay the claim **within five business days.**

If your claim results from a weather-related catastrophe or other major natural disaster as defined by TDI, these claims handling deadlines are extended for an additional 15 days.

32. **Release of Claim Funds.** Often an insurance company will make a claim check payable to you and your mortgage company or other lender and will send it to the lender. In that case, the lender must notify you within 10 days of receipt of the check and tell you what you must do to get the funds released to you.

   Once you request the funds from the lender, within 10 days the lender must:

   • release the money to you; or
   • tell you in specific detail what you must do to get the money released.

   If the lender does not provide the notices mentioned above or pay the money to you after all requirements have been met, the lender must pay you interest on the money at 10 percent per year from the time the payment or the notices were due.

33. **Notice of Liability Claim Settlement.** Your insurance company must notify you if it intends to pay a liability claim against your policy. The company must notify you in writing of an initial offer to compromise or settle a claim against you no later than the 10th day after the date the offer is made. The company must notify you in writing of any settlement of a claim against you no later than the 30th day after the date of the settlement.

34. **Information Not Required for Claim Processing.** You have the right to refuse to provide your insurance company with information that does not relate to your claim. In addition, you may refuse to provide your federal income tax records unless your insurer gets a court order or your claim involves lost income or a fire loss.

### *What you should know about prohibited discrimination*

35. **Protected Classes.** An insurance company cannot discriminate against you by refusing to insure you; limiting the amount, extent or kind of coverage available to you; charging you a different rate for the same coverage; or refusing to renew your policy:

   • because of race, color, religion, gender, marital status, disability or partial disability, or national origin; or
   • unless justified by actual or anticipated loss experience, because of age or geographic location.

36. **Age of House.** An insurance company cannot refuse to insure your property based on the age of your house. However, an insurance company may refuse to sell you insurance coverage based on the condition of your property, including the condition of your plumbing, heating, air conditioning, wiring, and roof.

37. **Value of Property.** An insurance company cannot refuse to insure your property because the value is too low or because the company has established minimum coverage amounts.

38. **Underwriting Guidelines.** Underwriting guidelines may not be unfairly discriminatory and must be based on sound actuarial principles.

39. **Equal Treatment.** Unless based on sound actuarial principles, an insurance company may not treat you differently from other individuals of the same class and essentially the same hazard. If you sustain economic damages as a result of such unfair discrimination, you have the right to sue that insurance company in Travis County District Court.

   If your suit prevails, you may recover economic damages, court costs and attorney and necessary expert witness fees. If the court finds the insurance company knowingly violated your rights, it may award up to an additional $25,000 per claimant.

## Policy Notices (continued)

You must bring the suit on or before the second anniversary of the date you were denied insurance or the unfair act occurred or the date you reasonably should have discovered the occurrence of the unfair act. If the court determines your suit was groundless and you brought the lawsuit in bad faith, or brought it for the purposes of harassment, you will be required to pay the insurance company's court costs and attorney fees.

### What you should know about insurance companies' use of credit information

40. **Required Disclosure.** If an insurance company uses credit information to make underwriting or rating decisions, the company must provide you a disclosure statement within 10 days after receiving your completed application for insurance.

The disclosure indicates whether the insurer will obtain and use your credit information and lists your specific legal rights, including:

- credit information insurance companies cannot use against you;
- how you can get reasonable exceptions that your insurer is required to make to its use of credit information if certain life events, such as divorce, death of a close family member, or identity theft, hurt your credit;
- the notice* an insurer must send you when making a credit-based decision that harms your ability to get or keep insurance or requires you to pay a higher premium; and
- how you can dispute credit information and require an insurer to re-rate your policy if the rate was increased because of inaccurate or unverifiable credit information.

*The notice must include a description of up to four primary factors that influenced the action taken by the insurer.

Insurers must use the disclosure form (CD-1) adopted by the Commissioner or an equivalent disclosure form filed prior to use with TDI. The CD-1 is available at www.tdi.texas.gov/forms/pcpersonal/pc328crdtds.pdf or by calling 1-800-252-3439. Additional information regarding insurers' use of credit information is available at www.tdi.texas.gov/credit/credit.html .

### What you should know about enforcing your rights

41. **Filing Complaints.** You have the right to complain to TDI about any insurance company and/or insurance matter and to receive a prompt investigation and response to your complaint. To do so, you should:

- call TDI's **Consumer Help Line** 1-800-252-3439 for service in both English and Spanish;
- write to the Texas Department of Insurance, Consumer Protection, Mail Code 111-1A, P.O. Box 149104, Austin, Texas 78714-9104;
- e-mail TDI at ConsumerProtection@tdi.texas.gov ;
- fax your complaint to (512) 490-1007;
- download or complete a complaint form online from the TDI website at www.tdi.texas.gov ; or
- call the TDI Publications/Complaint Form order line at 1-800-599-SHOP (7467). The order line is available 24 hours a day, 7 days a week.

**Note:** TDI offers interpreter services and publications in alternate formats. Persons needing more information in alternate layouts or languages can call the *TDI Consumer Help Line* listed above.

42. **Right to Sue.** If an insurance company violates your rights, you may be able to sue that company in court, including small claims

## Policy Notices (continued)

court, with or without an attorney.

43. **Burden of Proof.** If you sue to recover under your insurance policy, the insurance company has the burden of proof as to any application of an exclusion in the policy and any exception to or other avoidance of coverage claimed by the insurer.

44. **Requesting New Rules.** You have the right to ask in writing that TDI make or change rules on any residential property insurance issue that concerns you. Send your written request to: Texas Department of Insurance, Attn: Commissioner (113-2A), P.O. Box 149104, Austin, TX 78714-9104.

25-2611     6-15

## Important Notice - Deductible Changes - Please Read Carefully

Your policy has a deductible(s) that applies to covered losses. Deductibles may be based as either a stated dollar amount or as a percentage of a Coverage A Dwelling limit of insurance. The exact dollar amount of the deductible(s) that applies to your policy, even if based as a percentage of your coverage limit, can be found in the Deductible section in your policy's Declarations.

Your policy includes a provision in Section I, Conditions, **8. Property Deductibles** which provides that we may change your deductible(s) at the renewal of your policy. Also, your policy provides under General Conditions Applying to the Entire Policy, that we may make adjustments to the stated limits of insurance as explained under the condition **Renewal and Refusal to Renew**. Your exact dollar amount of deductible(s) may change if it is based on a percentage of your Coverage A Dwelling limit and your coverage limit changes at the renewal of your policy.

Your deductible(s) may also change if at the renewal of your policy you no longer qualify for the deductible you previously selected or if we no longer offer the deductible(s) you previously selected.

Please be sure to carefully review your policy deductibles and if you have any questions, contact your Farmers® agent.

25-5008     6-15

## Reconstruction Cost and Your Coverage A (Dwelling) Amount

**Policy Number:**         **96912-19-03**

**This document contains important information about your insurance coverage. Please review this information carefully.**

### Do You Think You Have Enough Coverage?

At renewal your policy will provide **$126** per square foot to rebuild your home. (This does not include any additional amount added by extension or endorsement to your policy.)

When you first obtained your policy, Farmers® used an estimating program to calculate a reconstruction cost estimate for your home. This was an estimate, not a guarantee of reconstruction costs.

For this renewal offer we have applied a reconstruction cost factor as part of the annual renewal process. Since we do not unilaterally reduce the Coverage A amount at renewal, there will be no change in the Coverage A amount if application of the factor would result in a

## Policy Notices (continued)

decrease in the Coverage A amount. The chart below shows the amount for which we have offered to insure your home at renewal as well as the Coverage A amount on your existing policy. We will calculate a new estimate, rather than apply the reconstruction cost factor, upon request or when you notify us of changes to the features of your home.

**Coverage A (Dwelling) Amount offered to insure your home:** **$462,000**
**Existing Coverage A (Dwelling) Amount:** **$458,000**

Please review the next page to make sure the details about your home are correct, and let me know of any necessary changes. Changes to these details could result in a change to the reconstruction cost estimate. Feel free to contact me at any time if you want a new estimate calculated or if you want to make a change to the amount for which your home is insured.

**It's important to understand that reconstruction cost is NOT the same as the market value of your home.**

**Reconstruction Cost**

Reconstruction cost is the amount it would cost to rebuild your home if it were destroyed. It includes costs like materials and labor and city/county fees. It is not what a buyer would pay for your home or the amount of your mortgage. It does not include the value or cost of the land.

**vs.**

**Market Value**

Market value is the price a buyer would pay to purchase the home, including the land and property, in its current condition. It takes into account the location, the desirability of the property, changes in the housing market, and the economy. It does not take into account the cost to build a new home.

### Do You Need Help?

As your Farmers Agent I am happy to help you with any questions you have. I can provide guidance as to the coverage options available, but I cannot choose your coverage amounts for you. Ultimately it is your responsibility to make sure you have purchased sufficient insurance coverage to rebuild your home and replace your personal property.

If you have questions about your coverage or the Coverage A amount offered for your home with this renewal offer please contact my office at **(210) 822-1560.** As your Farmers Agent, I am committed to providing you with excellent service.

Sincerely,

Michael J Woods

### Questions to Consider When You are Determining Your Coverage:

- Is the square footage accurate?
- Have you remodeled your kitchen, bathrooms or any other part of your home?
- What is the overall quality of your home? (See the Quality Grade definitions later in this document.)

### Information We Have About Your Home.

Please review the information below about your home for accuracy. Additionally, keep in mind that the amount for which we have offered to insure your home is not a guarantee of reconstruction costs. Again, feel free to contact me if you want to make a change to your Coverage A amount.

| | | | |
|---|---|---|---|
| *ZIP Code:* | 78209-2737 | *Roof Material:* | Sheet Metal Panel |
| *Year Built:* | 1979 | *Garage Type:* | 1 Car Carport |
| *Square Footage:* | 3,666 | *Interior Wall Construction* | Drywall/Sheetrock |

## Policy Notices (continued)

| | | | |
|---|---|---|---|
| *Style or Number of Stories:* | 1 Story | *Material:* | |
| *Kitchen Quality Grade:* | Upgraded(Custom) | *Basement:* | No |
| *Foundation Type:* | Cement Slab (Incl. Basements) | *Number of Units:* | 1 |
| *Foundation Shape:* | Irregular | | |

Please note that the above information is not an all inclusive list of the individual home features that would be used to recalculate your estimate, but would be major contributors to the development of that estimate. If you desire a complete list of all home features or any other information, please contact me so I can provide that information. Please see the next page for definitions of selected reconstruction cost terms.

**There are other coverages and/or options that may be right for you, including those that follow. Some may not be available based on your policy form and/or some may have additional underwriting requirements.**

**Extended Replacement Cost Coverage:** This coverage increases your Coverage A (Dwelling) limit up to an additional 25% or 50% of the Coverage A amount to repair or replace covered damage to your home. This coverage is subject to the policy terms and conditions and may not be available in all states. This coverage may provide an additional layer of protection as your policy *does not* provide Guaranteed Replacement Cost coverage. If your policy does not already include this coverage as indicated on your Declarations page, contact your agent to explore your coverage options.

**Building Ordinance or Law Coverage:** This coverage pays for increased costs incurred from rebuilding your home in compliance with updated building codes. Contact your agent to learn more about this coverage and the limits available to you.

**Options to Choose a Reduced Coverage A (Dwelling) Amount:** Depending upon your state, there may be several options to insure your home for lower limits and/or less coverage.

**Personal Property:** You may also be able to purchase increased coverage for certain items of personal property. These items may include but are not limited to jewelry, watches, electronic data processing equipment, fine arts, firearms, silverware, and other collectibles.

**Please contact me to discuss any of the coverages or options listed above.**

PG1000243

## Policy Notices (continued)

### *Selected Definitions*

| Term | Definitions |
|------|-------------|
| Square Footage | The total square footage figure includes all floors of your home. IMPORTANT: The total square footage does NOT include any of the following: attached garage or built-in garage, carport, basement (even if fully finished), attached greenhouse, porches or decks, or any detached structures. |
| Reconstruction Cost Factor | This Factor is applied as part of the annual renewal process. The Factor may be based on the approximate difference between a current and former reconstruction cost estimate program and/or may reflect the changes in the cost of materials and labor required to rebuild a home in your area. |
| Kitchen Quality Grade | Basic (Economy): Lowest cost materials and features.<br>Builders Grade (Standard): Common to tract construction.<br>Upgraded (Custom): Remodeled or upgraded from typical tract construction.<br>Luxury (High End): Highest quality materials and fixtures. Common in "high value" homes. |

25-8863      8-14

# Policy Notices



## Important Notice About Optional Coverages

This form lists the optional coverages that Farmers ® offers so you may enhance and tailor your policy. To find out if you already have an optional coverage, please refer to your Declarations Page.

There is a charge for most of the optional coverages listed on this form. For some of them, you will need to meet certain criteria that we've established before you can add them to your policy. If you're interested in adding an optional coverage that you don't have right now, please contact your Farmers agent, **Michael J Woods** at **(210) 822-1560.**

We've included the following descriptions to give you an idea of how these features would benefit you in the event of a covered loss. These descriptions simply summarize the optional coverages. Once you purchase an optional coverage, be sure to read that coverage's endorsement form to understand all of its provisions. The language of the endorsement takes precedence over these summaries.

**Business Pursuits** - This optional coverage will insure your business pursuits like an incidental office, professional, private school, child care or studio. Items that are valuable to your home business can be covered for unexpected losses at or away from your home, that could affect you financially.

**Eco Rebuild Coverage** - This optional coverage will provide up to $25,000 in the event of a covered loss for extra costs to rebuild, repair or replace with green contents and materials. For example, if your dishwasher is damaged or destroyed from a covered loss you can upgrade your dishwasher with the more expensive energy star models.

**Fine Arts Endorsement** - Imagine your collectible artwork is damaged or destroyed. Your basic policy might not provide enough coverage. This optional coverage is available to cover your fine art. In the event of a coverage loss, this insurance covers the replacement of your personal treasures.

**Gun Endorsement** - This optional coverage insures your valuable firearms located in or away from the insured's residential premises.

**Identity Shield** - With Farmers Identity Shield, you receive a series of benefits that help you protect yourself from fraudulent use of your personal identity and credit. These benefits include access to online credit reports, 24/7 credit monitoring, email alerts for suspicious credit report activity, public records monitoring, and 24-hour access to identity theft advocates who can assist if you ever become the victim of an identity crime. In addition to these services, Farmers Identify Shield also provides coverage for recovery related expenses and identity fraud losses, such as unauthorized use of your credit or debit cards. Contact your agent to learn more about this coverage and the limits available to you.

**Jewelry Endorsement** - This optional coverage insures full value of your valuable jewelry or watches, including damage to your ring.

**Personal Injury** - This optional coverage will cover those damages which an insured becomes legally obligated to pay because of personal injury resulting from an occurrence to which this coverage applies. Personal injury means any injury arising from false arrest, imprisonment, malicious prosecution and detention; the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, home, or premises that a person occupies when committed by or on behalf of its owner, landlord, or lessor; libel, slander, defamation of character; discrimination because of race, color, religion or national origin.

**Personal Property at Other Residence** - This optional coverage insures personal property at an insured's residence which is other than the residence premises.

FG900245

## Policy Notices (continued)

**Residence Glass** - This optional coverage insures for damages to residence glass caused by breakage of or by chemicals applied to such glass if permanently attached to the dwelling or other structures on the residence premises, including storm windows and doors not permanently attached. We will also pay for making temporary repairs, resulting damage to encasing frames, and removing or replacing obstructions because of covered loss of glass.

**Sewer & Drain Damage** - This optional coverage covers damage to property caused by water from a sudden and accidental discharge from a plumbing system, sump, sump pump, or sump pump well on the residence premises, or from a system designed to drain sub surface water away from a foundation, or from water reverse-flow, or from water below the surface of the ground.

Please visit www.farmers.com/clickable-house/house.html  to explore coverage details.

Insurance is underwritten by Farmers Insurance Exchange and other affiliated insurance companies. A listing of these companies can be viewed at www.farmers.com. Not all insurers are authorized to provide insurance in all states. Coverage is not available in all states. In Texas, insurance is underwritten by Texas Farmers Insurance Company (Austin, TX), Farmers Insurance Exchange (Los Angeles, CA), or Fire Insurance Exchange (Los Angeles, CA). In Washington, insurance is underwritten by Farmers Insurance Company of Washington (Mercer Island, WA), Farmers Insurance Exchange (Los Angeles, CA), or Fire Insurance Exchange (Los Angeles, CA).

25-4761      6-12

FG000246

# Farmers Insurance Group of Companies® Privacy Notice



This notice describes our privacy policies and procedures in safeguarding information about customers and former customers that obtain financial products or services for personal, family or household purposes. **Please note that if state law is more protective of an individual's privacy than federal privacy law, we will protect information in accordance with state law while also meeting federal requirements.**

## Information we collect

We collect and maintain personal information to provide you with coverage, products or services and to service your account.

We collect certain information ("nonpublic personal information") about you and the members of your household ("you") from the following sources:

- Information you provide on applications or other forms, such as your social security number, assets, income and property information;

- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums and payment history;

- Information from your visits to farmers.com or other websites we operate, use of our mobile sites and application, use of our social media sites, and interaction with our online advertisements; and

- Information we receive from a consumer reporting agency or insurance support organization, such as motor vehicle records, credit report information and claims history; and

- If you obtain a life, long-term care or disability product, information we receive from you, medical professionals who have provided care to you and insurance support organizations regarding your health.

## How we protect your information

We restrict access to personal information about you to individuals, such as our employees and agents, who provide you with our products and services. We require individuals with access to your customer information to protect it and keep it confidential. We maintain physical, electronic, and procedural safeguards that comply with applicable regulatory standards to guard your nonpublic personal information. We do not disclose any nonpublic personal information about you except as described in this notice.

## Information we disclose

We may disclose the nonpublic personal information we collect about you, as described above, to companies that perform marketing services on our behalf or to other financial institutions with which we have joint marketing agreements and to other third parties, all as permitted by law. Many employers, benefit plans or plan sponsors restrict the information that can be shared about their employees or members by companies that provide them with products or services. If you have a relationship with Farmers or one of its affiliates as a result of products or services provided through an employer, benefit plan or plan sponsor, we will follow the privacy restrictions of that organization.

We are permitted to disclose personal health information:

(1) to process a transaction, for instance, to determine eligibility for coverage, to process claims or to prevent fraud;

(2) with your written authorization, and

(3) otherwise as permitted by law.

## Sharing information with affiliates

The Farmers Insurance Group® of Companies includes affiliates that offer a variety of financial products and services in addition to insurance. Sharing information enables our affiliates to offer you a more complete range of products and services.

We may disclose nonpublic personal information, as described under **Information we collect**, to our affiliates, which include:

- Financial service providers such as insurance companies and reciprocals, investment companies, underwriters and brokers/dealers.

- Non-financial service providers, such as management companies, attorneys-in-fact and billing companies.

We are permitted by law to share information with our affiliates about our transactions with you. In addition, we may share consumer report information, such as information from credit reports and certain application information, received from you and from third parties, such as consumer reporting agencies and insurance support organizations.

## Farmers Insurance Group of Companies® Privacy Notice (continued)

### Your choice

If you prefer that we not share consumer report information with our affiliates, except as otherwise permitted by law, you may request an Opt-Out Form by calling toll free, 1-800-327-6377, (please have all of your policy numbers available when requesting Opt-Out Forms). A form will be mailed to your attention, please verify that all of your Farmers policy numbers are listed and if not, please add them to the form. Once completed, mail it to the return address printed on the form. We will implement your request within a reasonable time after we receive the form.

**If you decide not to opt-out or if you have previously submitted a request to opt-out on each of your policies, no further action is required.**

### Modifications to our privacy policy

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information with nonaffiliated third parties. Before we make any changes, we will provide you with a revised privacy notice and give you the opportunity to opt-out of that type of information sharing.

### Website

Our website privacy notices contain additional information about website use. Please review those notices if you transmit personal information to Farmers over the Internet.

### Recipients of this notice

While any policyholder may request a copy of this notice, we are providing this notice to the named policyholder residing at the mailing address to which we send your policy information. If there is more than one policyholder on a policy, only the named policyholder will receive this notice. You may receive more than one copy of this notice if you have more than one policy with Farmers. You also may receive notices from affiliates, other than those listed below.

### More information about the federal laws

This notice is required by federal law. For more information, please visit farmers.com .

### Signed

Farmers Insurance Exchange, Fire Insurance Exchange, Truck Insurance Exchange, Mid-Century Insurance Company, Farmers Insurance Company, Inc. (A Kansas Corp.); Farmers Insurance Company of Arizona, Farmers Insurance Company of Idaho, Farmers Insurance Company of Oregon, Farmers Insurance Company of Washington, Farmers Insurance of Columbus, Inc.; Farmers New Century Insurance Company, Farmers Group, Inc.; Farmers Reinsurance Company, Farmers Services Insurance Agency, Farmers Services Corporation, Farmers Texas County Mutual Insurance Company, Farmers Underwriters Association, Farmers Value Added, Inc.; Farmers Financial Solutions, LLC member FINRA & SIPC*; FFS Holding, LLC; Farmers Services, LLC; ZFUS Services, LLC; Leschi Life Assurance Company, FIG Holding Company, FIG Leasing Co., Inc.; Fire Underwriters Association, Illinois Farmers Insurance Company, Mid-Century Insurance Company of Texas, Prematic Service Corporation (California), Prematic Service Corporation (Nevada), Texas Farmers Insurance Company, Farmers New World Life Insurance Company, Truck Underwriters Association, Civic Property and Casualty Company, Exact Property and Casualty Company, Neighborhood Spirit Property and Casualty Company and Farmers Life Insurance Company of New York.

---

The above is a list of the affiliates on whose behalf this privacy notice is being provided. It is not a comprehensive list of all affiliates of the Farmers Insurance Group® of Companies.

* You may obtain more information about the Securities Investor Protection Corporation (SIPC) including the SIPC brochure by contacting SIPC at (202) 371 8300 or via the internet at www.sipc.org. For information about FINRA and Broker Check you may call the FINRA Broker Check hotline at (800) 289 9999 or access the FINRA website at www.finra.org.

**farmers.com**

FGI000248