# EXHIBIT F



**Texas Farmers Insurance Company**

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

Insured: SUSAN SIDEMAN
Cell: (210) 218-4633
Property: 1776 NACOGDOCHES RD
SAN ANTONIO, TX 78209-2737
Home: 1776 NACOGDOCHES RD
SAN ANTONIO, TX 78209-2737

Claim Rep.: Sarah Perry
Business: (843) 614-7001
Position: Field Claim Rep
E-mail: sarah.perry@farmersinsurance.com
Business: PO BOX 268994
Oklahoma City, OK 73126

Claimant: SUSAN SIDEMAN

Estimator: Sarah Perry
Business: (843) 614-7001
Position: Field Claim Rep
E-mail: sarah.
perry@farmersinsurance.com
Business: PO BOX 268994
Oklahoma City, OK 73126

**Claim Number:** 3006111019-1-1 **Policy Number:** 0969121903 **Type of Loss:** Hail

Date Contacted: 5/6/2016 3:00 PM
Date of Loss: 4/11/2016 12:00 AM
Date Received: 5/4/2016 12:35 PM
Date Inspected: 5/15/2016 10:00 AM
Date Entered: 5/6/2016 6:21 PM

Price List: TXSA8X_MAY16
Restoration/Service/Remodel
Estimate: SUSAN_SIDEMAN

DEPOSITION EXHIBIT
1
PENGAD 800-631-6989



Texas Farmers Insurance Company

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

We appreciate the opportunity to serve your insurance needs and we want to make sure you have a clear understanding of how your claim will be processed.

Attached is the estimate for the repairs of the damages to your property, also called the Replacement Cost Value of your loss. If depreciation was applied to the estimated repair costs, then the Replacement Cost Value less the depreciation is the Actual Cash Value of your loss. Depreciation is based on the average quality, age, condition and useful life of the damaged property, unless otherwise noted. The applicable policy deductible(s) will be deducted from these amounts.

If it appears reasonably likely that a general contractor will be needed to coordinate and supervise the repairs, the estimate also includes an amount for general contractor overhead and profit, unless your policy provides that general contractor overhead and profit will only be paid if incurred. In addition, if your policy provides that any amounts for the matching of undamaged materials will only be paid if incurred, then those estimated amounts will be shown under a section of the estimate labeled Matching of Undamaged Property.

Please note this estimate reflects the extent of known covered damages to the property referenced above. No supplemental or additional payments will be issued for repairs that have not been included in this estimate, without prior approval. This approval must be obtained prior to replacement or repair. We must have the opportunity to view and inspect any proposed changes or additional work.

Should you receive an estimate of repairs that exceeds this estimate, or if you wish to send us any other information related to your claim, please include "Attention Claim # 3006111019-1-1" and forward this information to us by:

1. E-mailing to myclaim@farmersinsurance.com or
2. Faxing to 877-217-1389, or
3. Mailing to National Document Center, P.O. Box 268994, Oklahoma City, OK 73126-8994.

Once you have completed the repairs to your property, you may make a Replacement Cost claim for up to the amount of the recoverable depreciation withheld. Any depreciation shown as "non-recoverable" does not qualify for reimbursement. Please refer to the Conditions section of your policy for specific time limits within which you must claim the recoverable depreciation. Once you complete the repairs, please send your supporting documentation to us as outlined above. In any case, your total claim will not exceed the amount you actually spent making the repairs, minus your policy deductible. Estimated costs not actually incurred, like general contractor overhead and profit, will offset recoverable depreciation.

If your policy provides for Building Ordinance or Law coverage, any known covered costs resulting from ordinance or law upgrades are itemized in this estimate or contained in a separate estimate we will provide to you. However, these costs are not included as part of the Actual Cash Value of this estimate. Ordinance or law costs will be paid under your policy when incurred by you, subject to your deductible.

We wish to inform you there are time limits set forth in the Conditions section of your policy which may affect the time within which you may pursue your claim. We suggest that you review the Conditions section of your policy, as may be endorsed, particularly noting the 'Suit Against Us' or 'Legal Action Against Us' provision.

Although as a service we may refer contractors or repairmen to you, it is your decision to hire the contractor of your choice. We neither direct or manage the activities nor guarantee the work of any contractor, whether referred or not. It is up to you to make sure the work is completed to your satisfaction.

We encourage you to visit www.hpcs.com to learn more about our self-service options available to you; including the ability to view your claim status, upload documents and photos and find local service providers.

Thank you for the opportunity to serve your insurance needs. If you have any questions regarding this claim, please feel free to




**Texas Farmers Insurance Company**

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

contact us,

Sarah Perry
sarah.perry@farmersinsurance.com
(843) 614-7001




**Texas Farmers Insurance Company**

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

**SUSAN_SIDEMAN**

**Source - Eagle View**

**Source - Eagle View**



**Home**

| | | | |
|---|---|---|---|
| 5984.22 | Surface Area | 59.84 | Number of Squares |
| 726.41 | Total Perimeter Length | 75.77 | Total Ridge Length |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. R&R Metal roofing - corrugated - 29 gauge - galv. | | | | | | | | |
| 5,984.19 SF | 3.72 | 404.83 | 22,666.02 | 17/75 yrs | Avg. | 22.67% | (5,137.63) | 17,528.39 |
| 2. Replace Ridge cap - metal roofing | | | | | | | | |
| 75.77 LF | 4.31 | 13.94 | 340.51 | 17/75 yrs | Avg. | 22.67% | (77.18) | 263.33 |
| 3. Replace Flashing - pipe jack - lead | | | | | | | | |
| 5.00 EA | 51.96 | 13.41 | 273.21 | 17/35 yrs | Avg. | 48.57% | (132.70) | 140.51 |
| 4. Replace Roof vent - turtle type - Metal | | | | | | | | |
| 3.00 EA | 41.40 | 3.71 | 127.91 | 17/35 yrs | Avg. | 48.57% | (62.13) | 65.78 |
| 5. Replace Exterior cover for ventilation duct, 5" or 6" | | | | | | | | |
| 4.00 EA | 45.53 | 7.42 | 189.54 | 17/25 yrs | Avg. | 68% | (128.89) | 60.65 |
| 6. Replace Exhaust cap - through roof - up to 4" | | | | | | | | |
| 1.00 EA | 55.87 | 2.04 | 57.91 | 17/35 yrs | Avg. | 48.57% | (28.13) | 29.78 |
| 7. R&R Skylight - double dome fixed, 12.6 - 15.5 sf | | | | | | | | |
| 1.00 EA | 575.00 | 0.00 | 575.00 | 17/15 yrs | Avg. | 75% [M] | (431.25) | 143.75 |
| 8. Remove Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 10.22 SQ | 3.13 | 0.00 | 31.99 | 0/NA | Avg. | 22.7% [%] | (7.26) | 24.73 |
| 9. Replace Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 10.22 SQ | 12.02 | 0.00 | 122.84 | 0/NA | Avg. | 22.7% [%] | (27.88) | 94.96 |
| 10. Dumpster load - Approx. 30 yards, 5-7 tons of debris | | | | | | | | |
| 1.00 EA | 629.95 | 0.00 | 629.95 | 0/NA | Avg. | 0% | (0.00) | 629.95 |
| **Totals: Home** | | **445.35** | **25,014.88** | | | | **6,033.05** | **18,981.83** |




**Texas Farmers Insurance Company**

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com




**Windows** **Height: 7'**

336.00 SF Walls
480.00 SF Walls & Ceiling
16.00 SY Flooring
48.00 LF Ceil. Perimeter
144.00 SF Ceiling
144.00 SF Floor
48.00 LF Floor Perimeter

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 11. R&R Stained glass window, picture/fixed, 3-11 sf | | | | | | | | | |
| | 1.00 EA | 772.48 | 0.00 | 772.48 | 17/30 yrs | Avg. | 56.67% | (437.74) | 334.74 |
| Priced matched to estimate from customer. | | | | | | | | | |
| 12. Replace Reglaze double-pane thermal window unit, 10 - 16 sf | | | | | | | | | |
| | 4.00 EA | 228.78 | 56.49 | 971.61 | 10/18 yrs | Avg. | 55.56% | (539.78) | 431.83 |
| **Totals: Windows** | | | **56.49** | **1,744.09** | | | | **977.52** | **766.57** |
| **Total: Source - Eagle View** | | | **501.84** | **26,758.97** | | | | **7,010.57** | **19,748.40** |

## Interior




**Dining Room** **Height: 10'**

815.39 SF Walls
1230.80 SF Walls & Ceiling
46.16 SY Flooring
81.54 LF Ceil. Perimeter
415.41 SF Ceiling
415.41 SF Floor
81.54 LF Floor Perimeter

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 13. Content Manipulation charge - per hour | | | | | | | | | |
| | 1.00 HR | 29.45 | 0.00 | 29.45 | 0/NA | Avg. | 0% | (0.00) | 29.45 |
| 14. Detach & Reset Recessed light fixture | | | | | | | | | |
| | 7.00 EA | 87.73 | 0.00 | 614.11 | 0/20 yrs | Avg. | 0% | (0.00) | 614.11 |
| 15. Detach & Reset Crown molding - 3 1/4" | | | | | | | | | |
| | 81.54 LF | 2.57 | 0.13 | 209.69 | 0/150 yrs | Avg. | 0% | (0.00) | 209.69 |
| 16. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 415.41 SF | 0.47 | 4.46 | 199.70 | 3/15 yrs | Avg. | 20% | (39.94) | 159.76 |
| 17. Drywall patch / small repair, ready for paint | | | | | | | | | |
| | 2.00 EA | 51.87 | 0.36 | 104.10 | 3/150 yrs | Avg. | 2% | (2.08) | 102.02 |
| 18. Seal/prime then paint the surface area (2 coats) | | | | | | | | | |
| | 8.00 SF | 0.72 | 0.10 | 5.86 | 3/15 yrs | Avg. | 20% | (1.17) | 4.69 |
| 19. Paint part of the ceiling - one coat | | | | | | | | | |
| | 407.41 SF | 0.49 | 3.70 | 203.33 | 3/15 yrs | Avg. | 20% | (40.67) | 162.66 |



Texas Farmers Insurance Company

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

**CONTINUED - Dining Room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 20. Paint crown molding - one coat | 81.54 LF | 0.67 | 0.54 | 55.17 | 3/15 yrs | Avg. | 20% | (11.04) | 44.13 |
| **Totals: Dining Room** | | | **9.29** | **1,421.41** | | | | **94.90** | **1,326.51** |
| **Total: Interior** | | | **9.29** | **1,421.41** | | | | **94.90** | **1,326.51** |
| **Total: Source - Eagle View** | | | **511.13** | **28,180.38** | | | | **7,105.47** | **21,074.91** |

**Labor Minimums Applied**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 21. General labor - labor minimum | 1.00 EA | 14.77 | 0.00 | 14.77 | 0/NA | Avg. | 0% | (0.00) | 14.77 |
| 22. Skylight labor minimum* | 1.00 EA | 37.35 | 0.00 | 37.35 | 0/NA | Avg. | 0% | (0.00) | 37.35 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **52.12** | | | | **0.00** | **52.12** |
| **Line Item Totals: SUSAN_SIDEMAN** | | | **511.13** | **28,232.50** | | | | **7,105.47** | **21,127.03** |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,151.39 | SF Walls | 559.41 | SF Ceiling | 1,710.80 | SF Walls and Ceiling |
| 559.41 | SF Floor | 62.16 | SY Flooring | 129.54 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 129.54 | LF Ceil. Perimeter |
| 559.41 | Floor Area | 603.48 | Total Area | 1,151.39 | Interior Wall Area |
| 3,819.09 | Exterior Wall Area | 134.87 | Exterior Perimeter of Walls | | |
| 5,984.22 | Surface Area | 59.84 | Number of Squares | 1,452.81 | Total Perimeter Length |
| 75.77 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Texas Farmers Insurance Company**

PO Box 268994
Oklahoma City, OK 73126-8994
Toll Free Fax 1-877-217-1389
myclaim@farmersinsurance.com

## Summary for Building

| | |
|---|---|
| Line Item Total | 27,721.37 |
| Material Sales Tax | 511.13 |
| **Replacement Cost Value** | **$28,232.50** |
| Less Depreciation | (7,105.47) |
| **Actual Cash Value** | **$21,127.03** |
| Less Deductible | (2,290.00) |
| **Net Claim** | **$18,837.03** |
| Total Recoverable Depreciation | 7,105.47 |
| **Net Claim if Depreciation is Recovered** | **$25,942.50** |

Sarah Perry
Field Claim Rep

Hail Damge to Roof.

Home

R4 (4)

R5 (5)

R6 (6)

R3 (1)

R8 (3)

R10 (2)

Windows

N

Source - Eagle View

Source - View - Interior




N

Interior

SUSAN_SIDEMAN

5/15/2016

Page: 9



# Understanding the Claims Process

## How will my recoverable depreciation be calculated?

Below are some different examples outlining how the recoverable depreciation payment will be calculated if you repair or replace the items within the prescribed time.

| Amount incurred less than our estimate | Amount incurred same as our estimate | Estimated amount is more than our estimate |
|---|---|---|
| ↓ | ↓ | ↓ |
| Submit receipts to Document Center to receive depreciation based on your receipts or invoices, less your deductible and any prior payments. | Submit receipts to Document Center to receive full depreciation, less deductible and any prior payments. | Submit estimate prior to repairing or replacing to allow us to review for possible supplement |
| ↓ | ↓ | ↓ |

National Document Center
P.O. Box 268994
Oklahoma City, OK 73126

myclaim@foremost.com (email)

877-217-1389 (fax)

Please make sure to add your claim number to any documents you send.

ccrdv1.2_7.30.12

8X18L4TH

ReStore Program Overview

**Claim#:** 3006111019-1-2

**Insured:** SUSAN AND MARK SIDEMAN
**oss Date:** 4/11/2016
**Policy #:** 0969121903
**Sales Tax:** 8.25%

**Date:** 5/16/2016
**Company:** TEXAS FARMERS INSURANCE COMPANY
**Adjuster:** Sarah Perry
**Adjuster Phone:** (843) 614-7001




## ReStore Program Overview

### Shopping Assistance

If you need any assistance finding an item listed in your Replacement Description on your Contents Valuation Report, simply call 877-459-8738 and ask for a Shopping Assistant.

The ReStore Program also provides online discounts from national retailers for Farmers customers. Here's how:

**ReStoreMall™** - discounts when shopping online with participating retailers

Create a ReStoreMall account at http://farmers.restoremall.com using the claim number provided by Farmers. The items from your claim are listed in the "My Claim" section. Discounts from online retailers are organized by your claim loss categories. To take advantage of any discounts from any retailers, click on the retailer offer, then follow the instructions displayed to receive your discount at the retailer's site.

or full details, visit http://farmers.restoremall.com or call 877-459-8738.

**Claim Summary**

**Claim#:** 3006111019-1-2

**Insured:** SUSAN AND MARK SIDEMAN
**Date:** 5/16/2016
**Loss Date:** 4/11/2016
**Company:** TEXAS FARMERS INSURANCE COMPANY
**Policy #:** 0969121903
**Adjuster:** Sarah Perry
**Sales Tax:** 8.25%
**Adjuster Phone:** (843) 614-7001




| | |
|---|---|
| 1. Full Amount of Contents Insurance | $343,500.00 |
| 2. Full Cost to Repair or Replace Contents (Including Tax) | $819.46 |
| 3. Less Applicable Depreciation (Including Tax) | $0.00 |
| 4. Less Amount Over Limits | $0.00 |
| 5. Covered Loss at Actual Cash Value | $819.46 |
| For additional information on lines 2, 3, 4, and 6 refer to the Category Limits Summary. | |
| 6. Plus Recoverable Depreciation Transactions (if any, refer to Recoverable Depreciation Claim Details) | $0.00 |
| 7. Settlement Amount | $819.46 |

Replacement cost value (RCV) is the full cost to replace lost or damaged property with property of like kind and quality. Actual cash value (ACV) is determined by subtracting depreciation from RCV. Typically, the amount of depreciation is based on age, useful life and condition of the lost or damaged property at the time of the loss.

Any additional claim for replacement cost and recoverable depreciation to be determined in accordance with the terms and conditions of your policy. This amount will not exceed $0.00. Refer to Category Limits Summary for details.

The full extent of loss cost to repair or replace contents includes applicable sales tax in the amount of $62.46.

**Property Details**

**Claim#:** 3006111019-1-2

**Insured:** SUSAN AND MARK SIDEMAN

**Date:** 5/16/2016

**Loss Date:** 4/11/2016

**Company:** TEXAS FARMERS INSURANCE COMPANY




**Policy #:** 0969121903

**Adjuster:** Sarah Perry

**Sales Tax:** 8.25%

**Adjuster Phone:** (843) 614-7001

| Item | Quantity | Item Description Original/Like Kind Quality | Condition | Age Yrs/Mos | Source | Repl Cost Each | Repl Cost Total | Depr % | Depr Total | ACV Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | JENN AIR GAS GRILL WITH 2 SIDE BURNERS/ DGA550SSN-D Dyna-Glo Black and Stainless Steel 5-Burner (79,000-BTU) Natural Gas Gas Grill with Side and Rotisserie Burners | Good | 3/0 | Lowe's | 599.00ea | 648.42 [1] | 0.00 | 0.00 | 648.42 |
| 2 | 2 | PATIO CHAIR COVERS, BAUER INTERNATIONAL CO / Outdoor Chaise Cover | Good | 1/0 | BALLARD DESIGN | 79.00ea | 171.04 [1] | 0.00 | 0.00 | 171.04 |
| **Residence / Single Summary Totals** | | | | | | | 819.46 | | 0.00 | 819.46 |

[1] Tax was applied.

If information about the condition of a lost or damaged item was not observable, or not provided to us by you or another source, we have applied a "Good" condition, meaning that at the time of loss it had experienced regular usage for its age. If the condition of any item in this report was better or worse than indicated in the "Condition" column, or if you believe any other information on this report is not accurate, please submit that information to your adjuster who will determine whether adjustments are appropriate.

Texas: For your protection please be advised of the following: any person who knowingly presents a false or fraudulent claim for payments of a loss, or knowingly presents false or misleading information to an insurance company for the purpose of defrauding or attempting to defraud an insurance company, or provides false information concerning a material fact on an application for insurance, or helps any other person commit such acts, may be guilty of fraud, and may be subject to substantial civil and criminal penalties pursuant to the laws of the state in which those acts occur.