# EXHIBIT H

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION
 3   SUSAN SIDEMAN and MARK    )
     SIDEMAN,                  )
 4                             )
       Plaintiffs,             )
 5                             )
     vs.                       ) CIVIL NO. 5:17-CV-00023-OLG
 6                             )
     FARMERS GROUP, INC., a    )
 7   Nevada Corporation,       )
                               )
 8     Defendant.              )
 9   **********************************************************
10                      ORAL DEPOSITION OF
11                       MARK J. SIDEMAN
12                       October 27, 2017
13   **********************************************************
14      ORAL DEPOSITION OF MARK J. SIDEMAN, produced as a
15   witness at the instance of the Defendant, and duly
16   sworn, was taken in the above-styled and numbered
17   cause on October 27, 2017, from 10:56 a.m. to
18   11:12 a.m., before WILLIAM M. FREDERICKS, CSR in and
19   for the State of Texas, reported by machine shorthand
20   at the offices of Gravely & Pearson, L.L.P.,
21   425 Soledad, Suite 600, San Antonio, Texas, pursuant
22   to the Federal Rules of Civil Procedure.
23
24
25
                                                       Page 1
```

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3       MR. JOE K. LONGLEY
         Attorney At Law
 4       3305 Northland Drive, Suite 500
         Austin, Texas   78731
 5       512.477.4444
         joe@joelongley.com
 6
 7   FOR THE DEFENDANT:
 8       MR. JAMES HUGHES
         Norton Rose Fulbright US LLP
 9       98 San Jacinto Boulevard, Suite 1100
         Austin, Texas   78701
10       512.474.5201
         james.hughes@nortonrosefulbright.com
11
12   ALSO PRESENT:   Ms. Susan Sideman.
13
14
15
16
17
18
19
20
21
22
23
24
25

                                          Page 2
```

```
 1                       I N D E X
 2   Appearances.................................... 2
 3   MARK J. SIDEMAN
         Examination by Mr. Hughes................... 4
 4
     Signature and Changes.......................... 16
 5   Reporter's Certificate......................... 18
 6
                         E X H I B I T S
 7
     NUMBER          DESCRIPTION                        PAGE
 8
     (Previously Marked Exhibits)
 9
     Exhibit 1       Texas Farmers Insurance Company     7
10                   document bearing Bates numbers
                     PL 0058 through PL 0070
11
     Exhibit 2       Farmers Insurance Claim Outcome     7
12                   Letter dated May 24, 2016, bearing
                     Bates numbers PL 0071 through
13                   PL 0078
14   Exhibit 3       Letter from Mark Gravely to         8
                     Farmers Group, Inc., dated
15                   January 13, 2017 bearing Bates
                     numbers FGI000487 and 488
16
     Exhibit 4       Texas Department of Insurance       9
17                   documents bearing Bates numbers
                     PL 0136 through PL 0140
18
     Exhibit 5       Farmers policy renewal documents    9
19                   dated 06-05-2012 bearing Bates
                     numbers PL 0001 through PL 0017
20
     Exhibit 6       Farmers Next Generation Homeowners 10
21                   Policy bearing Bates numbers
                     PL 0019 through PL 0056
22
     Exhibit 7       Farmers insurance coverage         13
23                   documents bearing Bates numbers
                     FGI000190 through FGI000209
24
25
```

```
 1  correct?
 2      A.   It is a metal roof, yes.
 3      Q.   Okay.  And prior to April 11, 2016, were you
 4  aware of any damage to the roof?
 5      A.   No.
 6      Q.   Okay.  And -- well, let me -- it was a
 7  hailstorm that affected the roof, is that correct?
 8      A.   Correct.
 9      Q.   And that was on or about April 2016, is that
10  right?
11      A.   Correct.
12      Q.   Okay.  And you weren't aware of any damage to
13  the roof before that?
14      A.   No.
15      Q.   Okay.  And how would you describe the damage
16  to the roof that occurred as a result of the
17  hailstorm?
18      A.   I thought it was extensive.
19      Q.   Okay.  And when you say "extensive," what do
20  you mean?
21      A.   Well, I -- really damaged.  It put a hole
22  that big through my skylight (indicating), and, yeah,
23  I -- it was bad.
24      Q.   So the hole in the skylight, obviously water
25  came in from that?
```

Page 6

1      A.   Sure.
2      Q.   And I believe we heard that water came in
3  through a vent that was damaged?
4      A.   In the dining room.
5      Q.   Okay.  Are you aware of water coming in
6  through any other opening created by the hail?
7      A.   Not -- no.
8      Q.   Okay.  And you had the house inspected to see
9  if there was any other water damage?
10     A.   Yes.
11     Q.   Okay.  And did that reveal any other water
12 coming in?
13     A.   No.
14     Q.   Okay.  Mr. Sideman, could you look at
15 Exhibit 1.  It might have gotten to the bottom of your
16 stack.
17     A.   No, I've got it here.
18     Q.   Is that it there?  Okay.  Great.
19          Have you ever seen this document before
20 today?
21     A.   No.
22     Q.   Okay.  And could you look at Exhibit 2.
23          Have you ever seen this document before
24 today?
25     A.   No.

```
 1       Q.   Okay.  And Exhibit 3, have you ever seen this
 2   document before today?
 3       A.   No.
 4       Q.   Okay.  And that one I want to ask you one or
 5   two more questions on.  If you'd look at the second
 6   page.  It's Bates numbered FGI000488.
 7       A.   On Exhibit 3 or 4?
 8       Q.   It should be Exhibit 3.
 9            MR. LONGLEY:   488.
10            THE WITNESS:   Okay.  Yeah.
11       Q.   (BY MR. HUGHES)  Got it?  The numbers are a
12   little bit hard to see.
13       A.   Yeah.
14       Q.   Would you mind reading for me the third line
15   and the dollar amount on that table there in the
16   middle of the page.
17       A.   "Mental Anguish Mr. Sideman," 5,000.
18       Q.   Okay.  As a result of that hail damage or as
19   a result of the manner in which the claim was
20   adjusted, have you obtained any professional treatment
21   or counseling or anything else?
22       A.   No.
23       Q.   As you sit here today, do you feel like you
24   have mental anguish?
25       A.   Yes, I do.
```

Page 8

```
 1      Q.   But do you have a basis for the $5,000
 2   amount?
 3      A.   Yes.
 4      Q.   And what is that?
 5      A.   Dealing with my wife and being upset every
 6   day since the hail damage.
 7      Q.   Okay.  And would you mind reading the line
 8   below that that starts with "Loss."
 9      A.   "Loss of Use."
10      Q.   Okay.  Were you ever forced to move out of
11   the house as a result of the hail damage?
12      A.   No.
13      Q.   If you wouldn't mind looking at Exhibit 4,
14   and turn to Page 3 with the Bates number at the bottom
15   PL 0138.  So it should be a letter from Farmers.
16      A.   Yes.
17      Q.   Have you ever seen this document before
18   today?
19      A.   No.
20      Q.   Okay.  If you wouldn't mind going to
21   Exhibit 5, please.
22           Have you ever seen this document before
23   today?
24      A.   Never.
25      Q.   Okay.  Would you mind turning to Page 3,
```

Page 9

```
 1    PL 003.
 2              You've never seen this page before?
 3       A.    Never seen it.
 4       Q.    This is a declarations page?
 5       A.    Yep.
 6       Q.    Okay.  And Exhibit 6, please, and turn to
 7    Page 2.  That's PL 0020.
 8              Have you ever seen this document before?
 9       A.    Never seen it.
10       Q.    Okay.  This is -- would you mind reading the
11    last line in the "Endorsements" box in the middle of
12    the page.
13       A.    "Endorsements"?
14       Q.    Uh-huh.
15       A.    On that same page?
16       Q.    Yes, that's right.  There should be a --
17    right in the middle of the page there's a box or a
18    table.
19       A.    Okay.
20              MR. LONGLEY:  Which exhibit are you on,
21    James?
22              MR. HUGHES:  I think it was 6.
23              MR. LONGLEY:  On 6.  Okay.
24              THE WITNESS:  Oh.
25       Q.    (BY MR. HUGHES)  It should be right in the
```

Page 10

```
 1   middle of the page.
 2        A.   (Indicating)?
 3        Q.   That's it.  That's it.  Would you just mind
 4   reading for me the last line there in that box.
 5        A.   Okay.  It says "Exclusion Of Marring Of Metal
 6   Roof Materials."
 7        Q.   Okay.  And what's the endorsement number
 8   there at the beginning?
 9        A.   Oh.  TX184.
10        Q.   Okay.  And you've never seen that line on
11   this page before today?
12        A.   Never seen it.
13        Q.   Okay.  Would you mind just -- I'm going to
14   have you look at one more page in this document, if I
15   can find it again myself.  Okay.  PL 0043, please.
16        A.   Got it.
17        Q.   And would you read the title of this page.
18        A.   "Exclusion Of Marring Of Metal Roof
19   Materials."
20        Q.   Okay.  And do you know what that phrase
21   means, "Exclusion Of Marring Of Metal Roof Materials"?
22        A.   No, I do not.
23        Q.   Okay.  Do you know what a metal roof is?
24        A.   Yes.
25        Q.   Okay.  And do you know what "marring" means?
```

Page 11

```
 1        A.    I have no idea.
 2        Q.    So if a six-year-old asked you what the word
 3   "marring" means, how would you answer?
 4        A.    I'd say I have no idea what it means.
 5        Q.    Well, would you mind reading for me Line 14
 6   that's in bold.
 7        A.    "Exceptions to Uninsured types of damage."
 8        Q.    And the sentence below that that starts with
 9   "However."
10        A.    "Breakage, Impairment" --
11        Q.    I'm sorry.  Right below it.  It's very short.
12   "However, we do."
13        A.    "However, we do," No. 8, "Marring."
14        Q.    Okay.  And then would you look at c below
15   that.
16        A.    "Hail."
17        Q.    And read that sentence for me, please.
18        A.    Okay.  "Hail, except marring of metal roof
19   materials."
20              Do you want me to continue?
21        Q.    Yes, please.
22        A.    "Other than where hail causes a distinct and
23   demonstrable actual hole or opening in the metal roof
24   materials, or that results in the failure of the metal
25   roof materials to perform its intended function."
```

Page 12

```
 1        Q.   Okay.  And you've never read that statement
 2   before today?
 3        A.   Never heard of it.
 4        Q.   Okay.
 5        A.   Never read it.
 6        Q.   Thanks.  And would you please look at
 7   Exhibit 7 and let me know if you've ever seen this
 8   document before.
 9        A.   No.
10        Q.   Okay.  And for the record, please turn to, I
11   think it's the fifth page, and the Bates number at the
12   bottom is FGI000194.
13        A.   Okay.
14        Q.   And is this a declarations page?
15        A.   That's what it says, "Declarations" page.
16        Q.   Okay.  And can you look at the "Endorsements"
17   box again in the middle of the page.
18        A.   Yes.
19        Q.   And read for me the second-to-last
20   endorsement.
21        A.   "Exclusion Of Marring Of Metal Roof
22   Materials."
23        Q.   Okay.  And you've never seen that before
24   today?
25        A.   Never seen it.
```

Page 13

```
 1        Q.   Okay.  This is going to be a little bit
 2   duplicative.
 3             In your household, who handles
 4   purchasing insurance?
 5        A.   My wife.
 6        Q.   Okay.  Have you ever had any contact with
 7   Michael Woods about insuring your home?
 8        A.   No.
 9        Q.   Have you ever had any contact with anyone
10   else at Farmers, any other Farmers agents regarding
11   insuring your home?
12        A.   No.
13        Q.   Okay.  Never talked to any of them about the
14   roof?
15        A.   No.
16        Q.   Okay.  And did you ever review any estimates
17   of the damage as a result of the hailstorm?
18        A.   No.
19        Q.   Do you know how much the roof cost to install
20   originally?
21        A.   It seemed like 50,000.
22        Q.   And do you have any idea what you think it
23   would cost to replace it today?
24        A.   No, I'm not sure.
25        Q.   Okay.  And other than --
```