# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SUSAN SIDEMAN and MARK SIDEMAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 5:17-CV-00023-OLG |
| FARMERS GROUP, INC., a Nevada Corporation, | § § § § | |
| Defendant. | § § | |

## DECLARATION OF JEFF LEWIS

1. My name is Jeff Lewis. I am over the age of 18 and have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am an authorized custodian of records for Farmers Group, Inc. As such, I have personal knowledge of the company's records of regularly conducted activities.

3. Exhibit C to Farmers Group Inc.'s Motion for Summary Judgment is a true and correct copy of the 2014 renewal packet sent to the Plaintiffs.

4. Exhibit D to Farmers Group Inc.'s' Motion for Summary Judgment is a true and correct copy of the 2015 renewal packet sent to the Plaintiffs.

5. Exhibit E to Farmers Group Inc.'s Motion for Summary Judgment is a true and correct copy of the 2016 renewal packet sent to the Plaintiffs.

6. Exhibit J to Farmers Group Inc.'s Motion for Summary Judgment is a true and correct

copy of the Form Filing Letter submitted to the Texas Department of Insurance regarding the Metal Marring Exclusion for use in the Next Generation Policy.

7. These records are kept by FARMERS GROUP, INC. in the regular course of business, and it was the regular course of business of Farmers Group, Inc. for an employee or representative of the company, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of November, 2017, in Los Angeles.

_Jeffrey B. Lewis_
Signature

_Jeffrey B. Lewis_
Printed Name