# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SUSAN SIDEMAN and MARK SIDEMAN, §
§
Plaintiffs, §
§
v. §
§ CIVIL NO. 5:17-CV-00023-OLG
§
FARMERS GROUP, INC., a Nevada §
Corporation, §
§
Defendant. §

## DECLARATION OF SYLVIA TING

1. My name is Sylvia Ting. I am over the age of 18 and have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am an authorized custodian of records for Farmers Insurance Exchange. As such, I have personal knowledge of the company's records of regularly conducted activities.

3. Exhibit F to Farmers Group, Inc.'s Motion for Summary Judgment is a true and correct copy of the adjustor's estimate, dated May 15, 2016, provided to Plaintiffs in relation to the subject hail damage claim they filed with Farmers.

4. Exhibit I to Farmers Group, Inc.'s Motion for Summary Judgment is a true and correct copy of the claims settlement letter, dated May 24, 2016, sent to the Plaintiffs in relation to the subject hail damage claim they filed with Farmers.

5. These records are kept by FARMERS INSURANCE EXCHANGE in the regular

course of business, and it was the regular course of business of Farmers Insurance Exchange for an employee or representative of thecompany, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13_ day of November, 2017, in Woodland Hills, CA.

_____
Signature

SYLVIA TING
Printed Name